UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:____4/25/13_____
```

DOMENICO DE SOLE, ET AL,

                Plaintiffs,

     - against -

KNOEDLER GALLERY, LLC D/B/A
KNOEDLER & COMPANY, ANNE
FREEDMAN, GLAFIRA ROSALES, JOSE
CARLOS BERGANTINOS DIAZ,
MICHAEL HAMMER, and JAMIE
ANDRADE,

                Defendants

JOHN D. HOWARD, individually and as
assignee of Jamie Frankfurt, LLC,

                Plaintiff,

     - v. –

ANN FREEDMAN, GLAFIRA ROSALES,
KNOEDLER GALLERY, LLC, d/b/a
KNOEDLER & COMPANY, MICHAEL
HAMMER, 8-31 HOLDINGS, INC., JOSE
CARLOS BERGANTINOS DIAZ, and
JAMIE R. ANDRADE,

                Defendants.

## ORDER

12 Civ. 2313 (PGG)(HBP)

12 Civ. 5263 (PGG)(HBP)

PAUL G. GARDEPHE, U.S.D.J.:

      The status conference in this matter originally scheduled for Thursday, May 2,

2013 at 10:00 a.m. is adjourned to Friday, May 17, 2013 at 10:00 a.m.

Dated: New York, New York
      April 25, 2013

                      SO ORDERED.

                      Paul G. Gardephe
                      United States District Judge