UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

DOMENICO DE SOLE, et al., :

               Plaintiffs, : 12 Civ. 2313 (PGG)(HBP)

  -against- :

KNOEDLER GALLERY, LLC, d/b/a :
"Knoedler & Company," et al.,
                           :

               Defendants. :
                           :
-----------------------------------X

JOHN D. HOWARD, individually :
and as assignee of Jaime
Frankfurt, LLC, : 12 Civ. 5263 (PGG)(HBP)

               Plaintiff, :

  -against- : ORDER

GLAFIRA ROSALES, et al., :

               Defendants. :
-----------------------------------X

       PITMAN, United States Magistrate Judge:

       I wrote to memorialize the rulings I made at a discovery conference held on these matters on May 2, 2013.  The reasons for the following rulings were stated on the record in open court.

       1.  The objections of defendants Ms. Glafira Rosales and Mr. Jose Carlos Bergantinos Diaz to the

plaintiffs' request that they produce certain paintings are sustained on the ground that the production of such paintings would violate Rosales and Diaz' Fifth Amendment privilege.

2. I ordered that the deposition of Ms. Dana Cranmer be continued on May 9, 2013.

3. I ordered that no later than May 7, 2013, plaintiffs produce to defendants' expert, McCrone Associates, Inc., paint samples corresponding to the "SPA" files previously produced to defendants.  Plaintiffs were also ordered to identify any SPA files for which corresponding paint samples no longer exist.  I further ordered that, in the absence of an agreement between the parties or a court order, McCrone Associates is to perform only the following tests on the samples: (1) Fourier-Transform Infrared Spectroscopy (FTIR) and (2) Raman Microscopy.  I further ordered that if defendants believe additional tests are necessary, they are to meet and confer with plaintiffs and attempt to reach an agreement and that the parties

should contact my chambers if they are unable to reach an agreement.

Dated:  New York, New York
        May 10, 2013

SO ORDERED

_____
HENRY PITMAN
United States Magistrate Judge


Copies transmitted to:

Gregory A. Clarick, Esq.
Emily Reisbaum, Esq.
Isaac B. Zaur, Esq.
Clarick Gueron Reisbaum LLP
40 West 25th Street
New York, New York  10010

Aaron H. Crowell, Esq.
Paul, Weiss, Rifkind,
   Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York  10019

John R. Cahill, Esq.
Ronald W. Adelman, Esq.
Paul Cossu, Esq.
Lynn & Cahill, LLP
58 West 40th Street
New York, New York  10018

Nicholas A. Gravante, Jr., Esq.
Boies, Schiller & Flexner, LLP
575 Lexington Avenue
New York, New York  10022

Luke W. Nikas, Esq.
Boies, Schiller & Flexner LLP
4th Floor
10 North Pearl Street
Albany, New York  12207

Anastasios Sarikas, Esq.
Office of Anastasios Sarikas
23-09 31st Street
Astoria, New York  11105

Charles D. Schmerler, Esq.
India DeCarmine, Esq.
Mark A. Robertson, Esq.
Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, New York  10103

Silvia L. Serpe, Esq.
Paul W. Ryan, Esq.
Serpe Ryan LLC
11th Floor
1115 Broadway
New York, New York  10010

Steven R. Schindler, Esq.
Schindler Cohen & Hochman LLP
15th Floor
100 Wall Street
New York, New York  10005

Perry M. Amsellem, Esq.
Pryor Cashman LLP
7 Times Square
New York, New York  10036-6569

4