July 3, 2014

**NORTON ROSE FULBRIGHT**

Fulbright & Jaworski LLP
666 Fifth Avenue, 31st Floor
New York, New York  10103-3198
United States

Hon. Paul G. Gardephe
United States District Court for the
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York  10007

**Charles D. Schmerler**
**Partner**
Direct line +1 212 318 3021
charles.schmerler@nortonrosefulbright.com

Tel +1 212 318 3000
Fax +1 212 318 3400
nortonrosefulbright.com

Re:     De Sole, et al., v. Knoedler Gallery, LLC et al., 12 civ 2313 (PGG) (HBP)
        Howard v. Freedman, et al., 12 civ 5263 (PGG) (HBP)

Dear Judge Gardephe :

We are counsel for defendants Knoedler Gallery, LLC, Michael Hammer and 8-31 Holdings, Inc. in the above referenced actions. We write in regard to the July 2, 2014 letter to the Court from counsel in the *De Sole* action and the July 3, 2014 letter to the Court from counsel in the *Howard* action. In light of the upcoming holiday, we respectfully request that we be granted until close of business July 9, 2014 to respond to both letters.

Very truly yours,

Charles D. Schmerler

CDS
cc:     All counsel

Fulbright & Jaworski LLP is a limited liability partnership registered under the laws of Texas.                    53629702.1

Fulbright & Jaworski LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP, Norton Rose Fulbright South Africa (incorporated as Deneys Reitz, Inc.), each of which is a separate legal entity, are members of Norton Rose Fulbright Verein, a Swiss Verein.  Details of each entity, with certain regulatory information, are at nortonrosefulbright.com. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients.