UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 30, 2016
```

DOMENICO DE SOLE, AND ELEANOR DE SOLE, individually and as assignee of LAURA DE SOLE,

                Plaintiffs,

- against -

KNOEDLER GALLERY, LLC d/b/a KNOEDLER & COMPANY, ANN FREEDMAN, GLAFIRA ROSALES, MICHAEL HAMMER, and JAIME ANDRADE, and 8-31 HOLDINGS, INC.

                Defendants.

**ORDER**

12 Civ. 2313 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Defendants' motion in limine to exclude the testimony of Martha Parrish (Dkt. No. 303) concerning the opinions she expresses in Section I of her report (see Parrish Rpt. (Dkt. No. 306-2) at ECF 2-4) is denied. The reasons for this determination will be explained in a bench ruling that the Court will issue at the beginning of the court day on February 1, 2016.

        The Clerk of the Court will terminate the motion (Dkt. No. 303).

Dated: New York, New York
       January 30, 2016

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge